IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16CR3041 |
| vs. | |
| ZHANNA NIKOLAEVA, | ORDER |
| Defendant. | |

Based on the representations of counsel, trial preparation for this case will require the parties to review a large number of documents, confer with numerous witnesses, and understand a complex set of transactions. The parties agree that this case should be excluded from the time limitations of the Speedy Trial Act so that it can be fairly and justly resolved. Accordingly,

IT IS ORDERED:

1) A trial date will not be set at this time. Instead, a status conference will be held at 2:00 p.m. on August 17, 2016 before the undersigned magistrate judge to discuss case progression and a potential trial setting. The defendant, her counsel, and the counsel for the government shall be present for the hearing.

2) On or before June 20, 2016, counsel shall confer and accomplish discovery in accordance with NECrimR 16.1 and Fed.R.Crim.P. 16. The United States Attorney shall disclose discovery as it becomes available and <u>Brady v. Maryland</u> (and its progeny) material as soon as practicable.

3) The Court further finds that the time between today's date and August 17, 2016 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case is "unusual and complex," and is exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii)i

April 19, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge