IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>vs.<br><br>ZHANNA NIKOLAEVA,<br><br>        Defendant. | **4:16CR3041**<br><br>**ORDER** |

Defendant has moved to continue defendant's status hearing. (Filing No. 23). As explained by counsel, the parties are engaged in discussions regarding pretrial diversion. The motion to continue is unopposed. Based on the representations of counsel, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (filing no. 23), is granted.

2) The defendant's status hearing will be held before the undersigned magistrate judge on November 3, 2016 at 8:45 a.m.

3) For the reasons stated by counsel, the Court finds that the ends of justice served by continuing defendant's status hearing outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and November 3, 2016 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

October 17, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge