IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16-CR-3041 |
| vs. | |
| ZHANNA NIKOLAVEA, | ORDER |
| Defendant. | |

This matter is before the Court on the plaintiff's motion to dismiss (filing 31). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment, without prejudice, as it relates to the above-captioned defendant.

IT IS ORDERED:

1. The plaintiff's Motion To Dismiss without Prejudice the Indictment (filing 31) is granted.

2. The indictment is dismissed without prejudice as to defendant Zhanna Nikolavea.

Dated this 14th day of November, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge